UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
FEB - 6 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS**

UNITED STATES OF AMERICA                                                PLAINTIFF

V.      **MOTION OF UNITED STATES FOR ISSUANCE OF SUMMONS**

**ANDREW GILBERT YBARRA II**                                  DEFENDANT
  aka POLTERGEISTER, and
  aka PRINCE.ADAMS

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, ANDREW GILBERT YBARRA II, to answer the felony charges returned by the Grand Jury on February 6, 2019.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov