

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.                      **ORDER FOR ISSUANCE OF SUMMONS**

ANDREW GILBERT YBARRA II                                                  DEFENDANT
   aka POLTERGEISTER, and
   aka PRINCE.ADAMS

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, ANDREW GILBERT YBARRA II, to APPEAR in United States District Court at Lexington, Kentucky, on __February 14__, 2019, at __1:00 p.m.__ and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this __7th__ day of __February__, 2019.

_Joseph M. Hood_

Copies:	United States Marshal
	United States Probation
	Kathryn Anderson, Assistant United States Attorney
	Kenneth R. Taylor, Assistant United States Attorney