**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**
*Electronically Filed*

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                              **CASE NO: 5:19-CR-10-S-JMH-MAS**

**ANDREW GILBERT YBARRA II**                                              **DEFENDANT**

Comes now J. CLARK BAIRD, and hereby serves notice of his Entry of Appearance as Counsel

for the Defendant, **ANDREW GILBERT YBARRA II**, in the above proceeding.  All correspondence,

legal notices, copies of pleadings, and all documents relating to this case should be sent to:

> J. CLARK BAIRD
> 969 Barret Ave.
> Louisville, KY 40204
> PHONE: (502) 583-3388
> FAX: (502) 583-3366
> EMAIL: clark@jclarkbaird.com

> Respectfully submitted,

> */s/ J. Clark Baird*
> J. CLARK BAIRD
> Counsel for Defendant
> 969 Barret Ave.
> Louisville, KY 40204
> Phone:  (502) 583-3388
> Fax:  (502) 583-3366
> E-mail: clark@jclarkbaird.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States
Attorneys Kathryn Anderson and Kenneth Taylor and all other attorneys associated with this case.

> */s/ J. Clark Baird*
> J. CLARK BAIRD
> Counsel for Defendant