UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| | CASE NO. 5:19CR-10 |
| v. | |
| ANDREW GILBERT YBARRA II | DEFENDANT |

### UNOPPOSED MOTION TO CONTINUE INTIAL APPEARANCE

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continue the arraignment scheduled for Wednesday, March 20, 2019 at 3:00 p.m..

In support of this motion, counsel for the Defendant states the following:

1. The Defendant was in state custody in California.

2. The Defendant was unexpectedly released from state custody and taken to federal court in California for his appearance there.

3. The court in California released the Defendant and instructed him to appear in the Eastern District of Kentucky on March 20.

4. No order was entered by this court in regards to scheduling an appearance by the Defendant.

5. On Friday, March 15, defense counsel's office contacted the Clerk's office about the March 20th date given by the California judge.

6. The Clerk's office for the Eastern District said that they had no paperwork from California on a March 20 date and they checked with multiple sources in their office.

7. The Clerk's office instructed the assistant for defense counsel that they anticipated the judge issuing a scheduling order.

8. Because of the information provided by the Clerk's office, defense counsel instructed his client to delay scheduling a flight to Kentucky until we had received some sort of information or confirmation from the Court or Clerk.

9. Late Monday, March 18th, Hon. Kathryn Anderson informed defense counsel that the March 20th date was coordinated between this Court and the court in California and that the Defendant is expected to appear.

10. Now the Defendant cannot schedule a flight to arrive by 3:00 p.m. EST on March 20th.

11. Defense counsel Baird's wife had a baby last Thursday so Mr. Baird would have to send a lawyer to stand in for him on March 20.

12. Counsel for the Defendant apologizes for the confusion on the date and asks the Court to please continue this appearance briefly.

Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, Kathryn Anderson, whom offered no objection to the continuance.

WHEREFORE, the Defendant through counsel respectfully requests that the initial appearance be continued to a date in the near future convenient with the Court.

        Respectfully submitted,

        */s/ J. Clark Baird*

        J. CLARK BAIRD
        Counsel for Defendant
        969 Barret Ave.
        Louisville, KY 40204
        Phone:  (502) 583-3388
        Fax:  (502) 583-3366
        E-mail: clark@jclarkbaird.com

## CERTIFICATE OF SERVICE

 I hereby certify that on March 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the Assistant United States Attorney.

        */s/ J. Clark Baird*

        J. CLARK BAIRD
        Counsel for Defendant