UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

UNITED STATES OF AMERICA                                                                  PLAINTIFF

CASE NO. 5:19CR-00010

v.

ANDREW GILBERT YBARRA II                                                              DEFENDANT

Motion having been made and the Court being sufficiently advised; **IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Continue the Initial Appearance is **GRANTED.**

SO ORDERED.

_____
JUDGE

DATE: _____