UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | 19-cr-010-JMH-MAS-5 |
| | ) | |
| ANDREW GILBERT YBARRA, II, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*

Defendant Andrew Ybarra, through counsel, has moved to continue the arraignment currently scheduled for Wednesday, March 20, 2019, at 3:00 p.m. In support of this motion, Ybarra contends that the motion is unopposed by the United States. Additionally, the Defendant is not in custody and is in California and will have difficulty making travel arrangements based on the amount of notice provided. Finally, counsel for the Defendant has a newborn baby and will have to arrange for standby counsel to be present if the arraignment continues as scheduled.

Accordingly, having reviewed the motion to continue, **IT IS ORDERED** that the Motion to Continue (DE #84) is GRANTED. The arraignment currently scheduled for March 20, 2019, at 3:00 p.m., is **CONTINUED until Monday, April 1, 2019, at 10:00 a.m.**, at the United States Courthouse in Lexington, Kentucky, before Judge Joseph M. Hood, subject to intervening orders of the Court.

This 19th day of March, 2019.



Signed By:
<u>Joseph M. Hood</u>
Senior U.S. District Judge