**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL ACTION NO. 19-10-JMH**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**             **MOTION OF UNITED STATES
FOR ENTRY OF PROTECTIVE ORDER**

**ANDREW GILBERT YBARRA II**                                **DEFENDANT**

* * * * *

The United States, having obtained an agreement from counsel for the above-named Defendant, who has reviewed and agreed to the attached proposed Agreed Protective Order, moves the Court to enter the attached Agreed Protective Order, which will govern the handling by Defendant of the discovery provided by the United States.

                                                  Respectfully submitted,

                                                  ROBERT M. DUNCAN, JR.
                                                  UNITED STATES ATTORNEY

                          By:   /s/ Kathryn M. Anderson
                                Kathryn M. Anderson
                                Assistant United States Attorney
                                260 W. Vine Street, Suite 300
                                Lexington, Kentucky 40507-1612
                                (859) 685-4885
                                Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

    On March 29, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

        J. Clark Baird
        Counsel for ANDREW GILBERT YBARRA II

                        s/ Kathryn M. Anderson
                        Assistant United States Attorney