UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 19-10-JMH**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

V.                    <u>**AGREED PROTECTIVE ORDER**</u>

**ANDREW GILBERT YBARRA II**                             **DEFENDANT**

\* \* \* \* \* \* \*

The Court, having been informed that the United States and the Defendant have agreed to a protective order regarding the handling of discovery materials to be provided by the United States to counsel for the Defendant; the United States and counsel for the Defendant having proposed terms of such an agreed order, as evidenced by the signature of counsel for the Defendant and the United States; and

Whereas the parties have conferred about discovery in this matter; and

Whereas the Defendant's counsel will be provided copies of all of the below referenced items in discovery;

IT IS HEREBY ORDERED:

1. That by agreement of the parties, no discovery materials pertaining to the prosecution of the above-cited matter will be disseminated to anyone other than counsel for the Defendant and other members of the defense team (including staff for counsel, subsequently appointed experts and investigators, and any court-approved Discovery Coordinator and their staff) (collectively, hereinafter, "Authorized Persons").

2. That by agreement of the parties, the Defendant may have access to discovery

materials *only* under the supervision of Authorized Persons or if defense counsel (i) converts the unredacted records into a format that can be redacted and (ii) redacts all personal identifying information about the confidential source and any victims in this case.

3. The Defendant shall not make or retain his own copy of the discovery materials, or personal identifying information contained therein.

4. No discovery materials may be left unattended at any place where they can be taken or copied by anyone who is not an Authorized Person.

5. No person may publicize or make known to anyone who is not an Authorized Person the content of any of the discovery materials, except for use in any court filing or proceeding as necessary to the defense of this case.

6. Upon completion of this case, including any appeal, discovery materials shall be returned to the prosecution upon request by the prosecution.

HAVE READ AND AGREE:

_____
Kathryn M. Anderson
Assistant United States Attorney
260 West Vine Street
Lexington, KY 40507-1612
(859) 685-4885
Kathryn.Anderson@usdoj.gov

_____
J. Clark Baird
Counsel for ANDREW GILBERT YBARRA II
969 Barret Avenue
Louisville, KY 40204
(502) 583-8777
clark@jclarkbaird.com

This the 1st day of April, 2019.

_____
Joseph M. Hood
United States District Judge

Attachment A

I, ANDREW GILBERT YBARRA II, have read the Agreed Protective Order and agree to comply with its orders.

*Andrew Ybarra*
Andrew Gilbert Ybarra II
Defendant

March 28 2019
Date