UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES –INITIAL APPEARANCE, ARRAIGNMENT AND PLEA

Lexington Case No. 19-CR-10-JMH-MAS-5    At  Lexington             Date  April 1, 2019

USA vs Andrew Gilbert Ybarra, II        X  present    ___ custody    ___ bond    X  OR    Age ___

**DOCKET ENTRY:** Parties appeared as noted. Due to the voluminous nature of discovery, the Court did not set a jury trial as to this defendant. The Court FINDS that the period of delay in scheduling this trial outweighs the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), due to the nature of the prosecution, and voluminous discovery. The time is excluded from June 10, 2019 (70 days from today) until the new trial date. The Court will enter a separate order regarding the appointment of a Coordinating Discovery Attorney.

PRESENT:   HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| Kimberly Marsh | Linda Mullen | none | Katherine Anderson |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Joseph Buckles for Jonathan Clark Baird    X  present    X  retained    ___ appointed

PROCEEDINGS:   **INITIAL APPEARANCE AND ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Indictment given to the defendant. |
| X | Defendant states true name is. |
| X | Defendant advised the Court that he/she will retain counsel. |
| ___ | Defendant request that the Court appoint counsel. |
| ___ | Financial Affidavit executed & previously filed. |
| ___ | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| ___ | Ordered ___ is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Defendant waives formal arraignment. |
| X | Defendant waives reading of Indictment - Information.  ___ Indictment - Information read. |
| ___ | Defendant pleads ___ Guilty to Counts ___   X Not guilty to Count ALL |
| ___ | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| ___ | Assigned for **JURY TRIAL** on before Judge Joseph M. Hood |
| ___ | Number of days expected for trial ___. |
| X | Defendant to remain on bond, conditions of release. |
| ___ | Defendant remanded to custody of the USM. |

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk    km
TIC:  / 6 min