PS 40  (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

**REVISED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227<br><br>Fax: 202-485-6496<br>E-Mail: CA-PPT-CourtOrders@state.gov | **FROM:** **United States Probation Office**<br>**Community Trust Building**<br>100 East Vine Street, Suite 600<br>Lexington, Kentucky  40507-1442<br>Phone:  (859) 233-2646<br>Fax:  (859) 233-2496 |

☒ **Original Notice for ED/KY**          ☐ **Notice of Disposition**

**Date:** 4/8/2019                           **Date:**

**By:** Chad Moss                           **By:**

**Defendant:** Andrew Gilbert Ybarra         **Case Number:** 5:19-CR-10-S-JMH
**Date of Birth:** ▮▮▮ 1993                 **Place of Birth:** Morgan Hill, CA
**SSN:** ▮▮▮▮▮▮▮

**Notice of Court Order** (Order Date: 3/8/2019)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 443423260 and/or passport card number _____ to the custody of the U.S. Probation Office on ED/CA on 3/8/19.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court